UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO DIEGO IBANEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ERIC HOLDER, et al.,<br><br>　　　　Respondents. | Case No. CV 11-00222 VAP(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in Federal Custody (the "Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's apparent response to the Report and Recommendation which the Court construes to be his objections to the Report and Recommendation ("Objections").[1] The Court has further made a *de novo* determination of those portions of the Report and

---

[1] Petitioner's Objections are entitled: "PETITIONER, EX-PARTE NOTICE, motion, (MOTION CHANGE OF VENUE)." To the extent petitioner intends to request that this Court order a change of venue, the request is denied. To the extent petitioner intends to request that this Court stay the instant action pending resolution of petitioner's request to another court or agency for a change of venue, such request is likewise denied.

1 Recommendation to which objection is made. The Court concurs with and adopts
2 the findings, conclusions, and recommendations of the United States Magistrate
3 Judge and overrules the Objections.
4     IT IS ORDERED that the Petition is denied and this action is dismissed for
5 lack of jurisdiction.
6     IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
7 Report and Recommendation, and the Judgment herein on petitioner and on
8 counsel for respondents.
9     LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: _March 25, 2011

                        _____
                        HONORABLE VIRGINIA A. PHILLIPS
                        UNITED STATES DISTRICT JUDGE