UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALVARO DIEGO IBANEZ, | ) | Case No. CV 11-00222 VAP(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| ERIC HOLDER, et al., | ) | |
| Respondents. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ Habeas Corpus Pursuant to 28 U.S.C. § 2241(c)(3) is denied and this action is dismissed for lack of jurisdiction.

DATED: March 25, 2011

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE